**Order filed, January 8, 2020.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-19-00904-CV**

———————

**JOSE ROMERO, MARGARITA ROMERO, INDIVIDUALLY ANF OF IXXXXX RXXXXX, IXXXXX RXXXXX AND MXXXXXXX RXXXXX, MINORS, Appellant**

**V.**

**HARRIS COUNTY, TEXAS, Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2018-62256**

---

## ORDER

The reporter's record in this case was due December 27, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Michelle Miller Ognanovich, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.